*In re* CONFERENCIA NOTARIAL DE PUERTO RICO.

*Número:* EC-97-3          *Resuelto:* 30 de mayo de 1997

## CONVOCATORIA

Por la presente se convoca a todos los miembros de la Conferencia Notarial para la Primera Sesión Ordinaria de la Conferencia Notarial de Puerto Rico que habrá de celebrarse el *16 de octubre de 1997 a las 9:00* A.M. en el hotel Caribe Hilton, en San Juan.

Durante la Primera Sesión Ordinaria de la Conferencia Notarial, se discutirá el informe y la reglamentación presentada por el Comité Asesor sobre Jurisdicción Voluntaria del Secretariado de la Conferencia Judicial.

*Regístrese y publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*